UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DON ANGELO DAVIS,

Plaintiff,

v.

JOSEPH TUGGLE, et al.,

Defendants.

No. 2:25-cv-1695-DAD-CKD P

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING COMPLAINT WITHOUT FURTHER LEAVE TO AMEND

(Doc. No. 17)

Plaintiff, a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action on June 16, 2025, seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On March 2, 2026, the assigned magistrate judge screened plaintiff's second amended complaint (SAC) and issued findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to state a claim upon which relief may be granted. (Doc. No. 17.) Specifically, the magistrate judge concluded that plaintiff had failed to state a cognizable Eighth Amendment claim for failure to protect against any named defendant, could not seek damages for mental and emotional injury because he had failed to allege even a *de minimis* physical injury, had once again failed to allege that any named defendant knew of or disregarded a substantial risk of serious harm to plaintiff, failed to state any cognizable claim

against supervisorial defendants Warden Tuggle or Secretary Macomber, and failed to sufficiently allege a claim for interference with his right to access to the courts. (*Id.* at 2–4.) Finally, the magistrate judge concluded that because plaintiff had twice been informed of these pleading deficiencies and had been unable to cure them, that the granting of further leave to amend would be futile. (*Id.* at 4.)

Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 2–3.) On March 11, 2026, plaintiff filed objections to the findings and recommendations. (Doc. No. 18.) Therein, plaintiff appears to suggest that the response of prison officials to his inmate grievances provide a basis for rejecting the pending findings and recommendations. (*Id.*) Plaintiff's objections are difficult to decipher and, in any event, the undersigned concludes that they provide no well-supported grounds upon which to reject the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the magistrate judge's analysis.

Accordingly:

1. The findings and recommendations issued March 2, 2026 (Doc. No. 17), are adopted in full;
2. Plaintiff's second amended complaint is dismissed without further leave to amend due to plaintiff's failure to state a cognizable claim; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 19, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE